IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE LOVESAC CORPORATION, | ) Case No. 06-10080 (CSS) |
| et al., | ) |
| Debtors. | ) |
| | ) |
| | ) |
| G&G, LLC, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 06-50786 (CSS) |
| | ) |
| SHAWN D. NELSON, et al., | ) Re: Adv. D.I. 32, 47, 50, 65 |
| | ) |
| Defendants | ) |

## ORDER DISMISSING AMENDED COMPLAINT FOR
## LACK OF SUBJECT MATTER JURISDICTION

Upon review of the Motions (D.I. nos. 47, 50, and 65)

of certain Defendants filed pursuant to Federal Rules of

Civil Procedure 12(b)(1) and 12(b)(6), incorporated into

this adversary proceeding through Federal Rule of

Bankruptcy Procedure 7012, for entry of an order dismissing

all claims asserted by Plaintiff G&G, LLC in its Amended

Complaint (D.I. no. 32), and the Court having considered

the Motions, the memoranda filed by the parties in support

of and in opposition to the Motions, all pleadings related

thereto, and counsel's argument at an oral argument held on

May 10, 2007, and finding that the 12(b)(6) aspects of the

Motions are moot, and having found good cause,

IT IS HEREBY ORDERED THAT:

1. The Motions are GRANTED in part; and

2. This Court lacks subject matter

   jurisdiction over the claims set forth in

   the Amended Complaint against all

   Defendants and accordingly the Amended

   Complaint is hereby dismissed.

SO ORDERED this 17th day of May, 2007

The Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge